FILED
1998 NOV 24 AM 10: 50
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES JOSEPH HUDNALL, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV 96-BU-2982-S |
| ) | |
| WARDEN STEVEN DEES ) | |
| and OFFICER ETHERIDGE, ) | |
| ) | |
| Defendants. ) | |

ENTERED
NOV 24 1998

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 3, 1998, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. No objections have been filed by any party.

On October 28, 1998, plaintiff filed a document entitled "Objections to Magistrate Report and Recommendation" which the court deemed a Motion for extension of time and granted. Plaintiff was allowed an additional twenty days to file objections to the report and recommendation. Plaintiff has not filed objections, but on November 3, 1998, filed a "Motion to Dismiss." As grounds for his motion, plaintiff claims that he is too ill to continue the case and that the prison law library is in "utter rampant chaos." Plaintiff filed his motion to dismiss rather than addressing the report and recommendation of the magistrate judge. Defendants would be prejudiced by a dismissal of this action prior to the entry of a final judgment. Plaintiff's motion is untimely and due to be DENIED.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and plaintiff's motion to dismiss, the Court is of the

40

opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, plaintiff's motion to dismiss is due to be DENIED. Futhermore, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 24th day of November, 1998.

H. DEAN BUTTRAM, JR.
UNITED STATES DISTRICT JUDGE